link 32

# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| ALEJANDRO NUNEZ, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR SALES, U.S.A., FIRSTELEMENT FUEL, INC. (incorrectly identified by Plaintiffs as First Element, Inc.), TOYOTA OF TUSTIN, TOYOTA OF GLENDALE, TOYOTA OF SANTA MONICA, LONG TOYOTA, TOYOTA MOTOR CREDIT CORPORATION AND DOES 1 THROUGH 5, inclusive,<br><br>Defendants. | Case No. 2:24-cv-06414-HDV-E<br><br>*[Assigned to the Honorable Hernán D. Vera]*<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION TO DISMISS FIRST AMENDED COMPLAINT** |

152263.00003/151290407v.1

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS FIRST AMENDED COMPLAINT**

1   Before the Court is the plaintiffs ALEJANDRO NUNEZ et al ("Plaintiffs")
2   and Defendants TOYOTA MOTOR SALES, U.S.A., INC. ("TMS"), TOYOTA
3   MOTOR CREDIT CORPORATION ("TMCC"), and FIRSTELEMENT FUEL,
4   INC.'s ("FEF" and collectively with TMS, TMCC, and Plaintiffs, the "Parties")
5   Joint Stipulation to Dismiss the First Amended Complaint.
6   IT IS HEREBY ORDERED that Plaintiffs' First Amended Complaint and
7   this entire action are dismissed without prejudice.  The Parties shall each bear their
8   own attorneys' fees, costs, and expenses related to this action.
9   **IT IS SO ORDERED.**
10
11   DATED: 11/20/24
12                                        Honorable Hernán D. Vera
13                                        United States District Court Judge

152263.00003/151290407v.1                    1
**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS FIRST AMENDED COMPLAINT**